IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 20-mj-0111-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADRIAN CASTELLANOS,

      Defendant.

---

**ORDER**

---

      This matter is before the court on "Defendant's Motion for Clarification Re: Trial" [Doc. No. 12] filed September 1, 2020.   The motion is **GRANTED**.   The court's order entered on August 11, 2020 was incorrectly docketed to reflect a bench trial setting.   [Doc. No. 10.]   This case is set for a **jury** trial, not a trial to the court.

      The court further clarifies that since a Motion to Suppress has been filed in this case, [Doc. No. 11], the hearing on September 17, 2020 at 2:00 p.m. will be a full evidentiary hearing on the Motion to Suppress.

      It is **ORDERED**

      In addition to the evidentiary hearing on September 17, 2020, the parties shall be prepared to discuss and address speedy trial considerations in light of the ongoing COVID-19 pandemic, the inability to conduct a jury trial in Colorado Springs (see GO 2020-11) , the

significant resources required to try a case in Denver utilizing two courtrooms, the jury selection

room and associated elevator consideration, as well as the significant delays that will be involved

with having a trial in Denver given the lack of trial availability for the last six months and

priorities of other felony criminal cases for use of the limited facilities moving forward.   Parties

should anticipate the setting of a more realistic trial date in light of these factors.

      Dated September 9, 2020.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge